# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| IN RE: | |
|---|---|
| CRUZ AGOSTO, JAIME | CASE NUMBER: 97-08373-GAC |
| | JUDGE: GERARDO A. CARLO |
| DEBTOR(S) | (CHAPTER 7) |

### TRUSTEE'S REPORT AFTER MEETING OF CREDITORS

Trustee certifies after notice and hearing that the debtor(s) was present and testified under oath at the Meeting of Creditors held on 9/15/99. All proper schedules and statements have been filed unless otherwise noted. No adverse interest having been presented, the Trustee recommends the following:

____ No Claims docket is necessary at this time.
____ Claims docket necessary.
____ Exemptions as claimed in Schedule C allowed.
____ Trustee objects to Exemptions & requests hearing.
____ Trustee shall sell all non-exempt property.
____ The following property is abandoned by Trustee as burdensome.
    ____ Property listed in Schedule C.

**Debtor to amend within ____ days the following:**
____ A-1,  ____ A-2, ____ A-3, ____ B-1, ____ B-2, ____ B-3, ____ B-4
____ § 521 Statement of Intent and provided notice pursuant to Bankruptcy Rules.

**Debtor to turn over to Trustee within ____ days:**
_All UTD - Schedules and Absent at 341_

**Trustee further requests that:**
____ Case be closed as no-asset as of the date of §341(a) meeting.
____ Case be held open for potential asset recovery.
____ Case be **RESET** the §341(a) Meeting
    ____ On the ____ day of _____, 19____ at _____.,
    ____ On new notice to be issued by the Counsel for the Debtor(s) for the reason that:
        ____ Debtor(s) failed to appear.
        ____ Attorney for Debtor(s) failed to appear.
        ____ Further testimony or material is needed.
____ Trustee recommends summary dismissal pursuant to BLR 1017 for the following reasons(s):
✓ Failure to provide complete: ✓ Schedules, ✓ Statement of Affairs, ✓ Mailing Lists,
____ Description of estate assets.
✓ Failure of ✓ Debtor(s) ____ Counsel to appear at:
    ✓ initial ____ subsequent creditor meetings.

Dated: 9/15/99                                              Wigberto Lugo, Trustee