## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

99 NOV -3 PM 2: 51

RECEIVED AND FILED

| | | |
|---|---|---|
| IN RE | * | |
| | * | |
| **JAIME CRUZ AGOSTO** | * | CASE NO. 97-08373 (GAC) |
| | * | |
| Debtor | * | |
| | * | CHAPTER 7 |

*****************************************

### MOTION TO FILE AMENDED SCHEDULES,
### STATEMENT OF FINANCIAL AFFAIRS
### AND MASTER ADDRESS LIST

**COMES** now the debtor through his counsel and very respectfully **states** as follows:

1.     This case was originally filed under Chapter 13 on August 5, 1997 and was converted to a case under Chapter 7 on July 19, 1999.

2.     Since debtor's assets and liabilities have changed, he is hereby filing under Chapter 7 the amended schedules, statement of financial affairs, and the master address list.

### CERTIFICATE OF SERVICE

*I HEREBY CERTIFY* that a copy of the foregoing motion was notified to *Mr. John A. Zerbe,* Trustee, San Francisco Development, 165 De Diego Avenue, San Juan, Puerto Rico  00927, and to all creditors in the enclosed master address list.

In San Juan, Puerto Rico, this 3rd day of November 1999.

**HIRAM LOZADA, ESQ.**
USDC PR 123907
Asociación de Maestros Bldg.
Suite 404
Hato Rey, Puerto Rico  00918
Tel. 758-7267 * Fax 763-8451

FORM B1 9/97

| United States Bankruptcy Court | Voluntary Petition |
|---|---|
| District of __Puerto Rico__ | |

| Name of debtor (If individual, enter Last, First, Middle)<br>Cruz Agosto, Jaime | Name of Joint Debtor (Spouse)(Last, First, Middle) |
|---|---|
| All Other Names used by the debtor in the last 6 years<br>(Include married, maiden, and trade names)<br>International Dry Cleaning | All Other Names used by the joint debtor in the last 6 years<br>(Include married, maiden, and trade names) |
| Soc.Sec./Tax I.D. No. (If more than one, state all)<br>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         66-0514078 | Soc.Sec./Tax I.D. No. (If more than one, state all) |
| Street Address of Debtor (No. and Street, City, State, and Zip Code)<br>Calle España C-18<br>Oasis Gardens<br>Guaynabo, PR 00657 | Street Address of Joint Debtor (No. and Street, City, State, and Zip Code) |
| County of Residence or the<br>Principal Place of Business:    Guaynabo | County of Residence or the<br>Principal Place of Business: |
| Mailing Address of Debtor<br>(If different from street address)    same as above | Mailing Address of Joint Debtor<br>(If different from street address) |
| Location of Principal Assets of Business Debtor<br>(If different from addresses listed above) | |

## Information  Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- [x] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- [ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District

**Type of Debtor** (Check any applicable box)
- [x] Individual
- [ ] Joint (Husband and Wife)
- [ ] Partnership
- [ ] Other _____
- [ ] Corporation Publicly Held
- [ ] Corporation Not Publicly Held
- [ ] Municipality

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Sec. 304 - Case Ancillary to Foreign Proceeding

**Nature of Debt** (Check one box)
- [x] Consumer/Non-Business
- [ ] Business

**Small Business** (Chapter 11 only)
- [ ] Debtor is a small business as defined in U.S.C. § 101
- [ ] Debtor is and elects to be considered a small business under 11 U.S.C. §1121(e) (Optional)

**Filing Fee** (Check one box)
- [x] Filing fee attached
- [ ] Filing fee to be paid in installments. (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Statistical/Administrative Information** (Estimates only)
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

This Space is for Court Use Only

**Estimated Number of Creditors**

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets** (Check one box)

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Debts** (Check one box)

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

© 1997 WEST GROUP

## Voluntary Petition
(This page must be completed and filed in every case)

Cruz Agosto, Jaime
Name of Debtor

FORM B1, Page 2

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| | | |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of the Debtor (If more than one, attach additional sheet)

| Name of Debtor | Case Number | Date |
|---|---|---|
| | - | |
| District | Relationship | Judge |

## SIGNATURES

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
(If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7) I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Jaime Cruz_____
Signature of Debtor

X _____
Signature of Joint Debtor

Telephone Number (if not represented by attorney)

11-02-99
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Print or Type Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of Attorney

X _____
Signature of Attorney for Debtor(s)

Hiram Lozada Perez, Esq.                    123907
Printed Name of Attorney for Debtor(s)

Hiram Lozada Law Office
Firm Name

Asoc Maestros Ste 404
452 P De Leon SJ 00918

_____
Address

11-02-99                    (787) 758-7267
Date                         Telephone No.

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed or Typed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. § 156.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7,11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____    11-02-99
Signature of Attorney              Date

© 1997 WEST Group

Case:97-08373-GAC7   Doc#:77   Filed:11/03/99   Entered:11/05/99 00:00:00   Desc:
Converted from NIBS   Page 4 of 36

FORM B8
(9/97)

**United States Bankruptcy Court**

**District of** Puerto Rico

In re  Jaime Cruz Agosto
_____
Debtor

Case No.  _____97-08373(GAC)_____

Chapter  _____Seven_____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2. I intend to do the following with respect to the property of the estate which secures those consumer debts is as follows:
   a. Property to Be Surrendered.

| Description of Property | Creditor's Name |
|---|---|
| | |
| | |
| | |

b. Property to Be Retained. [Check any applicable statement.]

| Description of property | Creditor's name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|
| vehicle leasing plan | Popular Leasing | | | ✔ |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Date:  _____11-02-99_____

Signature of Debtor

Date:  _____

Signature of Joint Debtor

CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. §110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed or Typed Name of Bankruptcy Petition Preparer

_____
Social Security No.

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110, 18 U.S.C. §156.

© 1997 WEST GROUP

FORM B6 - Cont.
(6/90)

## United States Bankruptcy Court

District of ___Puerto Rico___

In re ___Jaime Cruz Agosto___          Case No. ___97-08373(GAC)___
         Debtor                                              (if known)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
|---|---|---|---|---|---|
| | | | ASSETS | LIABILITIES | OTHER |
| A.  Real Property | Yes | 1 | $        0.00 | | |
| B.  Personal Property | Yes | 6 | $   29,900.00 | | |
| C.  Property Claimed As Exempt | Yes | 1 | | | |
| D.  Creditors Holding Secured Claims | Yes | 1 | | $   16,000.00 | |
| E.  Creditors Holding Unsecured Priority Claims | Yes | 2 | | $   11,946.60 | |
| F.  Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | $  251,170.26 | |
| G.  Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H.  Codebtors | Yes | 1 | | | |
| I.  Current Income of Individual Debtor(s) | Yes | 2 | | | $    2,127.26 |
| J.  Current Expenses of Individual Debtor(s) | Yes | 1 | | | $    2,127.36 |
| Total Number of Sheets In ALL Schedules | | 19 | | | |
| Total Assets | | | $   29,900.00 | | |
| Total Liabilities | | | | $  279,116.86 | |

© 1991 WEST PUBLISHING COMPANY

FORM B6A
(10/89)

In re  Jaime Cruz Agosto _____,    Case No. _____97-08373(GAC)_____
                    Debtor                                                    (If known)

## SCHEDULE A – REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G—Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C—Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | | |
| | | | Total $ 0.00 | |

(Report also on Summary of Schedules)

© 1991 WEST PUBLISHING COMPANY

FORM B6B
(10/89)

In re __Jaime Cruz Agosto_____,  Case No. ___97-08373(GAC)___
                    Debtor                                        (If known)

# SCHEDULE B – PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C— Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G— Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | ✔ | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | checking account #080151781<br><br>First Bank<br>Plaza Las Americas | H | 100.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | ✔ | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Personal computer, and all household goods | C | 5,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | ✔ | | | |

© 1991 WEST PUBLISHING COMPANY

FORM B6B -
Cont.
(10/89)

In re  Jaime Cruz Agosto
_____
Debtor

Case No.  97-08373(GAC)
(If known)

## SCHEDULE B – PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 6. Wearing apparel. | ✔ | | | |
| 7. Furs and jewelry. | | Seiko and Gucci watchs | H | 500.00 |
| 8. Firearms and sports, photographic and other hobby equipment. | ✔ | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | ✔ | | | |
| 10. Annuities. Itemize and name each issuer. | ✔ | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | ✔ | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | ✔ | | | |

© 1991 WEST PUBLISHING COMPANY

FORM B6B -
Cont.
(10/89)

In re   Jaime Cruz Agosto

Debtor

Case No.   97-08373(GAC)

(If known)

## SCHEDULE B – PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13. Interests in partnerships or joint ventures. Itemize. | ✔ | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | ✔ | | | |
| 15. Accounts receivable. | | personal loan to Mr. Fernando Roman | C | 2,800.00 |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | ✔ | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | ✔ | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | ✔ | | | |
| 19. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | ✔ | | | |

© 1991 WEST PUBLISHING COMPANY

FORM B6B -
Cont.
(10/89)

In re ___Jaime Cruz Agosto_____   Case No. ____97-08373(GAC)____
                              Debtor                                                    (If known)

# SCHEDULE B – PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND,WIFE,JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | ✔ | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | ✔ | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | ✔ | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1993 Volvo 850 (fully encumbered) | H | 16,000.00 |
| 24. Boats, motors, and accessories. | ✔ | | | |
| 25. Aircraft and accessories. | ✔ | | | |
| 26. Office equipment, furnishings, and supplies. | ✔ | | | |

© 1991 WEST PUBLISHING COMPANY

FORM B6B -
Cont.
(10/89)

In re _Jaime Cruz Agosto_____
                          Debtor

Case No. ___97-08373(GAC)___
                   (If known)

## SCHEDULE B — PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND,WIFE,JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 27.  Machinery, fixtures, equipment and supplies used in business. | | Machinery and equipment that Fernando Roman holds. International Dry Cleaning 771 De Diego, Pto Nuevo | C | 5,500.00 |
| 28.  Inventory. | ✔ | | | |
| 29.  Animals. | ✔ | | | |
| 30.  Crops - growing or harvested.  Give particulars. | ✔ | | | |
| 31.  Farming equipment and implements. | ✔ | | | |
| 32.  Farm supplies, chemicals, and feed. | ✔ | | | |
| 33.  Other personal property of any kind not already listed.  Itemize. | ✔ | | | |

© 1991 WEST PUBLISHING COMPANY

FORM B6B -
Cont.
(10/89)

In re  Jaime Cruz Agosto                                    Case No.  97-08373(GAC)
                    Debtor                                            (If known)

## SCHEDULE B – PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
|  |  |  |  |  |

© 1991 WEST PUBLISHING COMPANY          _5_ continuation sheets attached          Total  $          29900.00

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

FORM B6C
(6/90)

In re   Jaime Cruz Agosto
                    Debtor

Case No. ___97-08373(GAC)___
                    (If known)

# SCHEDULE C – PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under

(Check one box)

☑ 11 U.S.C.A. § 522(b)(1)   Exemptions provided in 11 U.S.C.A. § 522(d). Note: These exemptions are available only in certain states.

☐ 11 U.S.C.A. § 522(b)(2)   Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| checking account #080151781 | 11 USC 522(d)(5) | 100.00 | 100.00 |
| Personal computer, and all household goods | 11 USC Sec 522(d)(3) | 5,000.00 | 5,000.00 |
| Seiko and Gucci watchs | 11 USC Sec 522(d)(3) | 500.00 | 500.00 |
| personal loan to Mr. Fernando Roman | 11 USC Sec 522(d)(5) | 2,800.00 | 2,800.00 |
| 1993 Volvo 850 (fully encumbered) | 11 USC Sec 522(d)(2) | Nominal | 16,000.00 |
| Machinery and equipment that Fernando Roman holds. | 11 USC 522(d)(5) | 5,500.00 | 5,500.00 |

© 1991 WEST PUBLISHING COMPANY

FORM B6D
(6/90)

In re _Jaime Cruz Agosto_
          Debtor

Case No. _97-08373(GAC)_
                    (If known)

## SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H–Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 02-500-25088-00-38406 <br> Popular Leasing <br> PO Box 15011 <br> Old San Juan Station <br> San Juan, PR 00902-8511 | C | | vehicle leasing plan <br><br> 1996 <br><br> VALUE $      16,000.00 | | | | 16,000.00 | 0.00 |
| ACCOUNT NO. <br><br> VALUE $ | | | | | | | | |
| ACCOUNT NO. <br><br> VALUE $ | | | | | | | | |
| ACCOUNT NO. <br><br> VALUE $ | | | | | | | | |

_____0_____ continuation sheets attached

Subtotal
(Total of this page) $    16000.00

Total
(Use only on last page) $    16000.00

(Report total also on Summary of Schedules)

© 1991 WEST PUBLISHING COMPANY

FORM B6E
(12/94)

In re __Jaime Cruz Agosto_____     Case No. ___97-08373(GAC)___
                    Debtor                                              (If known)

# SCHEDULE E – CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of this petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H–Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled, "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐   **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐   **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives , up to maximum of $4000* per employee, earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐   **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of theoriginal petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐   **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to a maximum of $4000* per farmer or fisherman, against the debtor, as provided in 11 U.S.C.. § 507(a)(5).

☐   **Deposits by individuals**

Claims of individuals up to $1800* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐   **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☑   **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐   **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on a commitment to the FDIC, RTC, Directory of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

* Amounts are subject to adjustment on April 1, 1998, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

© 1995 WEST PUBLISHING COMPANY     ___1___   continuation sheets attached

FORM B6E -
Cont.
(10/89)

In re   Jaime Cruz Agosto _____,   Case No. _____97-08373(GAC)____
              Debtor                                                        (If known)

# SCHEDULE E — CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

_____Tax Claims_____
TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 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<br>Deparment of Treasury<br>PO Box 50081<br>San Juan, PR 00902-0081 | | C | taxes<br><br>1994 | | | | 5,899.32 | 5,433.64 |
| ACCOUNT NO. 66-0514078<br>Internal Revenue Service<br>Philadelphia, PA 19255 | | C | taxes<br><br>1995 | | | | 6,047.28 | 5,481.35 |
| ACCOUNT NO. | | | | | | | | |
| ACCOUNT NO. | | | | | | | | |
| ACCOUNT NO. | | | | | | | | |

Sheet no. __1__ of __1__ continuation sheets attached to Schedule of Creditors
Holding Unsecured Priority Claims

Subtotal (Total of this page)   $   11946.60
Total (Use only on last page of the completed Schedule E)   $   11946.60

(Report total also on Summary of Schedules)

© 1991 WEST PUBLISHING COMPANY

FORM B6F
(10/89)

In re    Jaime Cruz Agosto                                    ,          Case No.    97-08373(GAC)
                    Debtor                                                                    (If known)

## SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H—Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    3787-959955-72004<br><br>American Express<br>PO Box 7828<br>Fort Laudarle, FL 33329 | | C | credit card purchases<br><br>1997<br><br><br>Setoff Amount                    0.00 | | | | 5,213.26 |
| ACCOUNT NO.    4506-9000-1500-0591<br><br>Banco Bilbao Vizcaya<br>PO Box 71113<br>San Juan, PR 00936-1113 | | C | credit card purchases<br><br>1994<br><br><br>Setoff Amount                    0.00 | | | | 18,751.00 |
| ACCOUNT NO.    500139-091-002453-1<br><br>Banco Popular<br>PO Box 364445<br>San Juan, PR 00936-4445 | | C | credit card purchases<br><br>1993<br><br><br>Setoff Amount                    0.00 | | | | 4,303.00 |
| ACCOUNT NO.    4549-9600-0592-6014<br><br>Banco Popular<br>PO Box 362708<br>San Juan, PR 00936-2708 | | C | credit card purchases<br><br>1993<br><br><br>Setoff Amount                    0.00 | | | | 13,156.00 |

        2   continuation sheets attached

Subtotal  $          41423.26

Total  $

© 1991 WEST PUBLISHING COMPANY

(Report total also on Summary of Schedules)

FORM B6F -
Cont.
(10/89)

In re  __Jaime Cruz Agosto_____  Case No.  ___97-08373(GAC)___
                          Debtor                                      (If known)

# SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY JOINT | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 787-316-1161-0<br>Celulares Telefonica<br>PO Box 70366<br>San Juan, PR 00936-8366 | C | | cellular services<br><br>1995<br><br>Setoff Amount            0.00 | | | ✔ | 1,582.00 |
| ACCOUNT NO. 5424-1801-0038-7734<br>Citicorp Credit Services<br>PO Box 6077<br>Sioux Falls, SD 57117-6077 | C | | Credit card purchases<br><br>1993<br><br>Setoff Amount            0.00 | | | | 5,204.00 |
| ACCOUNT NO. 5456-4680-0009-9785<br>First Bank<br>PO Box 13200<br>Santurce Station<br>San Juan, PR 00908-5028 | C | | credit card purchases<br><br>1994<br><br>Setoff Amount            0.00 | | | | 23,424.00 |
| ACCOUNT NO. 4340-0807-2200-7898<br>First Union<br>PO Box 2357<br>Brunswick, GA 31521-2357 | C | | credit card purchases<br><br>1993<br><br>Setoff Amount            0.00 | | | | 5,662.00 |
| ACCOUNT NO.<br>Maria Luisa Agosto<br>Calle Espana #C-18<br>Oasis Gardens<br>Guaynabo, PR 00657 | C | | Personal Loan. Debtor mother paid Santander<br>        Mar 1998<br>secured claim<br><br>Setoff Amount            0.00 | | | | 140,000.00 |

Sheet no. __1__ of __2__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  $ 175872.00

Total $
(Use only on last page of the completed Schedule F)

© 1991 WEST PUBLISHING COMPANY

(Report total also on Summary of Schedules)

FORM B6F -
Cont.
(10/89)

In re   Jaime Cruz Agosto

Debtor

Case No.   97-08373(GAC)

(If known)

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND,WIFE,JOINT OR COMMUNITY JOIN. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 008-010016240<br>Ponce Bank<br>PO Box 70240<br>San Juan, PR 00936-8240 | | C | personal loan<br><br>1994<br><br>Setoff Amount          0.00 | | | | 9,000.00 |
| ACCOUNT NO. 5347-6500-5001-0233<br>Ponce Bank<br>PO Box 1024<br>Ponce, PR 00733-1024 | | C | credit card purchases<br><br>1994<br><br>Setoff Amount          0.00 | | | | 24,875.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __2__ of __2__ sheets attached to Schedule of Creditors
Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $   33875.00

Total $   251170.26

(Use only on last page of the completed Schedule F)

© 1991 WEST PUBLISHING COMPANY

(Report total also on Summary of Schedules)

FORM B6G
(10/89)

In re ___Jaime Cruz Agosto_____   Case No. _____97-08373(GAC)____
                              Debtor                                              (If known)

## SCHEDULE G – EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.

State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.

Provide the names and complete  mailing addresses of all other parties to each lease or contract described.

NOTE:   A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
|  |  |

© 1991 WEST PUBLISHING COMPANY

FORM B6H
(6/90)

In re  Jaime Cruz Agosto                                    ,     Case No.  97-08373(GAC)
                    Debtor                                                          (If known)

## SCHEDULE H – CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule.  Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

© 1991 WEST PUBLISHING COMPANY

FORM B6I
(6/90)

In re  Jaime Cruz Agosto                                  Case No.  97-08373(GAC)
_____                           _____
              Debtor                                              (If known)

# SCHEDULE I – CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| Married | NAMES | AGE | RELATIONSHIP |
| | Roberto Cruz Gonzalez | 67 | father |
| | Jaime E. Cruz Hernandez | 11 | son |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Consultant | |
| Name of Employer | Universidad Interamericana | |
| How long employed | 11 months | |
| Address of Employer | Central Office PO Box 363255 San Juan PR 00936 | |

Income: (Estimate of average monthly income)

|  | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ 2572.94 | $ |
| Estimated monthly overtime | $ 0.00 | $ |
| SUBTOTAL | $ 2572.94 | $ |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 351.00 | $ |
| b. Insurance | $ 94.68 | $ |
| c. Union dues | $ 0.00 | $ |
| d. Other (Specify None ) | $ 0.00 | $ |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 445.68 | $ |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 2127.26 | $ |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ |
| Income from real property | $ 0.00 | $ |
| Interest and dividends | $ 0.00 | $ |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ |
| Social security or other government assistance (Specify) None | $ 0.00 | $ |
| Pension or retirement income | $ 0.00 | $ |
| Other monthly income None (Specify) None | $ 0.00 | $ |
| None | $ 0.00 | $ |
| None | $ 0.00 | $ |
| TOTAL MONTHLY INCOME | $ 2127.26 | $ |

TOTAL COMBINED MONTHLY INCOME $ _____    (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

© 1991 WEST PUBLISHING COMPANY

FORM B6J
(6/90)

In re  Jaime Cruz Agosto
_____,     Case No. ___97-08373(GAC)___
Debtor                                                                                        (If known)

# SCHEDULE J – CURRENT EXPENDITURES OF INDIVIDUAL DEBTORS

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 500.00 |
| Are real estate taxes included? Yes _____ No ✔ | |
| Is property insurance included? Yes _____ No ✔ | |
| Utilities  Electricity and heating fuel | $ 50.00 |
|     Water and sewer | $ 50.00 |
|     Telephone | $ 50.00 |
|     Other cable TV | $ 50.00 |
| Home Maintenance (Repairs and upkeep) | $ 0.00 |
| Food | $ 300.00 |
| Clothing | $ 40.00 |
| Laundry and dry cleaning | $ 25.00 |
| Medical and dental expenses | $ 61.00 |
| Transportation (not including car payments) | $ 60.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 10.00 |
| Charitable contributions | $ 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | |
|     Homeowner's or renter's | $ 0.00 |
|     Life | $ 103.00 |
|     Health | $ 0.00 |
|     Auto | $ 0.00 |
|     Other None | $ 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify) 0 | $ 0.00 |
| Installment payments (In chapter 12 and 13 cases, do not list payments to be included in the plan) | |
|     Auto | $ 368.00 |
|     Other cooperativa ahorro y credito | $ 120.36 |
|     Other None | $ 0.00 |
| Alimony, maintenance and support paid to others | $ 0.00 |
| Payments for support of additional dependents not living at your home | $ 0.00 |
| Regular expenses from operation of business, profession, or farm (attached detailed statement) | $ 0.00 |
| Other Child college, books, etc | $ 340.00 |

TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)      $ 2127.36

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---:|
| A.  Total projected monthly income | $ _____ |
| B.  Total projected monthly expenses | $ _____ |
| C.  Excess income (A minus B) | $ _____ |
| D.  Total amount to be paid into plan each _____ | $ _____ |
|         (interval) | |

© 1991 WEST PUBLISHING COMPANY

FORM B6 - Cont.
(12/94)

In re  Jaime Cruz Agosto
_____
Debtor

Case No.  97-08373(GAC)
_____
(If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ 20 _____
sheets, and that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page plus 1)

Date _____ 11-02-99 _____

Signature _____
Debtor

Date _____

Signature _____
(Joint Debtor, if any)

(If joint case, both spouses must sign)

_____

CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. §110, that I prepared this document for compensation, and that I have provided the
debtor with a copy of this document.

_____
Printed or Typed Name of Bankruptcy Petition Preparer

_____
Social Security No.

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:




If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.
§110, 18 U.S.C. §156.

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or
an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in
this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____
sheets, and that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page plus 1)

Date _____

Signature _____

_____
(Print or type name of individual signing on behalf of debtor)

(An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C.A. §§ 152 and 3571.

© 1995 WEST PUBLISHING COMPANY

FORM 7
(11/94)

## UNITED STATES BANKRUPTCY COURT

_____                  **District of**   <u>Puerto Rico</u>

In Re: <u>Jaime Cruz Agosto</u>                      Case No.   <u>97-08373 (GAC)</u>
                    Debtor                                              (If known)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 15 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 16 - 21.  If the answer to any question is "None," or the question is not applicable, mark the box labeled "None."  If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

"*In business*."  A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the two years immediately preceding the filing of this bankruptcy case, any of the following:  an officer, director, managing executive, or person in control of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor; or self-employed.

"*Insider*."  The term "insider" includes but is not limited to:  relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any person in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor.  11 U.S.C. § 101(30).

---

1.   Income from employment or operation of business

None
☐         State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the two years immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| PARTY | METHOD | START | END | AMOUNT | SOURCE (if more than one) |
|-------|--------|-------|-----|--------|------|
| husband | fiscal | Jan. 99 | Nov. 99 | 25,000.00 | employment |
| husband | fiscal | 1997 | 1999 | 52,000.00 | employment |

2.   Income other than from employment or operation of business

None
☒         State the amount of income received by the debtor other than from employment, trade,
profession, or operation of the debtor's business during the two years immediately preceding the
commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse
separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse
whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

PARTY        AMOUNT          SOURCE

---

3.   Payments to creditors

None
☐   a.   List all payments on loans, installment purchases of goods or services, and other debts,
aggregating more than $600 to any creditor, made within 90 days immediately preceding the
commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include
payments by either or both spouses whether or not a joint petition is filed, unless the spouses are
separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Popular Leasing | Jun. 97 | 747.00<br>0.00<br>0.00 | 16,000.00 |
| Oriental Leasing | Jun. 97 | 765.00<br>0.00<br>0.00 | 26,000.00 |

---

None
☒   b.   List all payments made within one year immediately preceding the commencement of this case
to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or
chapter 13 must include payments by either or both spouses whether or not a joint petition is filed,
unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

4.   Suits, executions, garnishments and attachments

None ☐   a.   List all suits to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| R&G Mortgage v. Jaime Cruz, et al.<br><br>96-13071 (504) | foreclosure | District Court San Juan | judgment |
| Jaime Cruz v. Professional Tech Institution Inc. CM96-759 | Collection of money | District Court Bayamon, PR | judgment |
| Jaime Cruz vs. Fernando Roman<br><br>KAC99-1278 | collection of money and damages | District Court San Juan, PR | pending |

None ☒   b.   Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

5.   Repossessions, foreclosures and returns

None ☒   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

6.    Assignments and receiverships

None    a.    Describe any assignment of property for the benefit of creditors made within 120 days immediately
☒         preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must
          include any assignment by either or both spouses whether or not a joint petition is filed, unless the
          spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None    b.    List all property which has been in the hands of a custodian, receiver, or court-appointed official
☒         within one year immediately preceding the commencement of this case.  (Married debtors filing under
          chapter 12 or chapter 13 must include information concerning property of either or both spouses whether
          or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

7.    Gifts

None    List all gifts or charitable contributions made within one year immediately preceding the
☒      commencement of this case except ordinary and usual gifts to family members aggregating less than
       $200 in value per individual family member and charitable contributions aggregating less than $100 per
       recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by
       either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a
       joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

8.    Losses

None    List all losses from fire, theft, other casualty or gambling within one year immediately preceding the
☒      commencement of this case or since the commencement of this case.  (Married debtors filing under
       chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is
       filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

9.    Payments related to debt counseling or bankruptcy

None
☐
       List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Hiram Lozada, Esq. See Form 1 | Jun.1997 | attorneys fees<br><br>200.00 |

10.    Other transfers

None
[X]
       List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

11.    Closed financial accounts

None
[X]
       List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

12.   Safe deposit boxes

None
[X]
     List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY |
| --- | --- | --- | --- |

13.   Setoffs

None
[X]
     List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

14.   Property held for another person

None
[X]
     List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

15.   Prior address of debtor

None
[X]
     If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

     The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the two years immediately preceding the commencement of this case, any of the following:  an officer, director, managing executive, or owner of more than 5 percent of the voting securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

     *(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the two years immediately preceding the commencement of this case.)*

16. Nature, location and name of business

None   a.   If the debtor is an individual, list the names and addresses of all businesses in which the debtor was
☐         an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or
          was a self-employed professional within the two years immediately preceding the commencement of
          this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the two
          years immediately preceding the commencement of this case.

       b.   If the debtor is a partnership, list the names and addresses of all businesses in which the debtor was
       a partner or owned 5 percent or more of the voting securities, within the two years immediately
       preceding the commencement of this case.

       c.   If the debtor is a corporation, list the names and addresses of all businesses in which the debtor was
       a partner or owned 5 percent or more of the voting securities within the two years immediately
       preceding the commencement of this case.

| NAME | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES OF OPERATION |
|---|---|---|---|
| International Dry Cleaning | 771 De Diego Ave Puerto Nuevo | | |

17. Books, records and financial statements

None   a.   List all bookkeepers and accountants who within the six years immediately preceding the filing of
☐         this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Vives & Bueno Cond Villa Magna Apt. C-4 San Juan, PR | April 97 |

None   b.   List all firms or individuals who within the two years immediately preceding the filing of this
☐         bankruptcy case have audited the books of account and records, or prepared a financial statement of
          the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| Jaime Cruz Agosto | | Jun 1997 |

None ☐  c.   List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

| NAME | ADDRESS | EXPLAIN IF NOT AVAILABLE |
|------|---------|--------------------------|
| Jaime Cruz Agosto | | |

None ☒  d.   List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|

### 18. Inventories

None ☐  a.   List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|-------------------|----------------------|------------------------------------------------------------------|
| Jul 1997 | Jaime Cruz | 100.00 |

None ☐  b.   List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESS OF CUSTODIAN OF INVENTORY RECORDS |
|-------------------|----------------------------------------------------|
| Jul 1997 | Jaime Cruz Agosto |

19. Current Partners, Officers, Directors and Shareholders

None   a.   If the debtor is a partnership, list the nature and percentage of partnership interest of each member
[X]        of the partnership.

NAME AND ADDRESS              NATURE OF INTEREST              PERCENTAGE OF INTEREST

None   b.   If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder
[X]        who directly or indirectly owns, controls, or holds 5 percent or more of the voting securities of the
           corporation.

NAME AND ADDRESS              TITLE                          NATURE AND PERCENTAGE
                                                            OF STOCK OWNERSHIP

20.   Former partners, officers, directors and shareholders

None   a.   If the debtor is a partnership, list each member who withdrew from the partnership within one
[X]        year immediately preceding the commencement of this case.

NAME                         ADDRESS                        DATE OF WITHDRAWAL

None   b.   If the debtor is a corporation, list all officers, or directors whose relationship with the corporation
[X]        terminated within one year immediately preceding the commencement of this case.

NAME AND ADDRESS              TITLE                          DATE OF TERMINATION

21.   Withdrawals from a partnership or distributions by a corporation

None       If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given
[X]    to an insider, including compensation in  any form, bonuses, loans, stock redemptions, options exercised
       and any other perquisite during one year immediately preceding the commencement of this case.

NAME & ADDRESS                                              AMOUNT OF MONEY
OF RECIPIENT,                DATE AND PURPOSE               OR DESCRIPTION
RELATIONSHIP TO DEBTOR       OF WITHDRAWAL                  AND VALUE OF PROPERTY

* * * * * *

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   11-02-99                          Signature
                                         of Debtor

Date                                     Signature
                                         of Joint Debtor
                                         (if any)

---

*CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)*

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Printed or Typed Name of Bankruptcy Petition Preparer                    Social Security No.

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X
Signature of Bankruptcy Petition Preparer                                Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

---

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date                                     Signature

                                         Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]
            10      continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 and 3571*

# United States Bankruptcy Court

**District of** _____Puerto Rico_____

99 NOV -3 PM 2:51

RECEIVED AND FILED

In re ___Jaime Cruz Agosto_____   Case No. ___97-08373(GAC)___
                     Debtor

Chapter _____Seven_____

# DECLARATION CONCERNING LIST OF CREDITORS

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing list of creditors, and that it is true and correct to the best of my knowledge, information, and belief.

Date_____11-02-99_____   Signature _____
                                                                            Debtor

Date_____   Signature _____
                                                           (Joint Debtor, if any)
                                             (If joint case, both spouses must sign)

---

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____(the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing list of creditors, and that it is true and correct to the best of my knowledge, information, and belief.

Date _____   Signature_____

                                                                   _____
                                                                   (Print or type name of individual signing on behalf of debtor)

(An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.)

---

Penalty for making a false statement or concealing property.  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C.A. §§ 152 and 3571.

© 1991 WEST PUBLISHING COMPANY

Jaime Cruz Agosto
Calle Espana C-18
Oasis Gardens
Guaynabo, PR 00657

Citicorp Credit Services
PO Box 6077
Sioux Falls, SD 57117-
            6077

Deparment of Treasury
PO Box 50081
San Juan, PR 00902-0081

Hiram Lozada Law Office
Asoc Maestros Ste 404
452 P De Leon SJ 00918

First Bank
PO Box 13200
Santurce Station
San Juan, PR 00908-5028

John A Zerbe
Chapter 7 Trustee
165 De Diego
Urb San Francisco
Rio Piedras, PR 00927

First Union
PO Box 2357
Brunswick, GA 31521-2357

American Express
PO Box 7828
Fort Laudarle, FL 33329

Internal Revenue Service
Philadelphia, PA 19255

Banco Bilbao Vizcaya
PO Box 71113
San Juan, PR 00936-1113

Maria Luisa Agosto
Calle Espana #C-18
Oasis Gardens
Guaynabo, PR 00657

Banco Popular
PO Box 364445
San Juan, PR 00936-4445

Ponce Bank
PO Box 70240
San Juan, PR 00936-8240

Banco Popular
PO Box 362708
San Juan, PR 00936-2708

Ponce Bank
PO Box 1024
Ponce, PR 00733-1024

Celulares Telefonica
PO Box 70366
San Juan, PR 00936-8366

Popular Leasing
PO Box 15011
Old San Juan Station
San Juan, PR 00902-8511