IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

1999 DEC 21 PM 2:21

U.S. BANKRUPTCY COURT
FOR THE DISTRICT OF
PUERTO RICO

IN RE: *

CRUZ AGOSTO, JAIME * CASE NO. 97-08373(GAC)

*
*

DEBTOR(S) * CHAPTER 7
*************************************

**TRUSTEE'S CLOSING REPORT ON DISMISSED CASE**
(No Funds Available)

TO THE HONORABLE COURT:

COMES NOW, Wigberto Lugo Mender, duly appointed trustee of the above captioned case, who respectfully states and prays as follows:

1. The above captioned case was dismissed by order entered by this Honorable Court on December 9, 1999.

2. The undersigned trustee reports that he has not received any funds pertaining to this estate nor retains custody of any non liquidated assets of this debtor.

WHEREFORE, the trustee respectfully requests that this report be approved, this case be closed and that I be discharged from any further duties as trustee.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 20 th of December 1999.

WIGBERTO LUGO MENDER
CHAPTER 7 TRUSTEE
Citibank Tower Suite 501
252 Ponce de León Ave.
Hato Rey, PR 00918
Tel. (787)766-2645
Fax. (787)766-0863