Case:97-08373-GAC7 Doc#:85 Filed:12/22/99 Entered:02/28/00 00:00:00 Desc:
Converted from NIBS Page 1 of 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

In re:                                                            99 DEC 22 PM 1:15

CRUZ AGOSTO, JAIME

dba INTERNATIONAL DRY CLEANING      Case No.: 97-08372 (GAC)

Chapter : 07

Debtor(s)

TRUSTEE'S APPLICATION FOR EXTENSION OF TIME TO FILE
COMPLAINT OBJECTING TO DEBTOR'S DISCHARGE

COMES NOW, JOHN A. ZERBE, duly appointed, qualified and acting trustee herein, and respectfully states to this Court:

1. That this trustee has not completed the investigation, administration and liquidation of the above named debtor.

2. That the last day for filing complaints objecting to the discharge of the debtor should be extended from the date presently ordered.

WHEREFORE, it is prayed the Court enter an Order extending the time for filing complaints objecting to discharge of the above named debtor until April 25, 2000.

Dated at SAN JUAN, PUERTO RICO, this 20th day of December 1999.

I HEREBY CERTIFY that a copy of this application has been mailed to debtor's attorney, Hiram Lozada Perez, Esq., Edif. Asoc. De Maestros, Ofic. 404, Hato Rey, PR 00918; and personally delivered to the office of the U.S. Trustee.

E.O.D. FEB 28 2000

ORDER
Granted.
Date: FEB 25 2000

GERARDO A. CARLO
U.S. Bankruptcy Judge

cc: debtor
H. Lozada
UST
W. Lugo

John A. Zerbe, Trustee
165 Ave. De Diego
Urb. San Francisco
Rio Piedras, PR 00927

VIVIANNE CALDERON
DEPUTY CLERK

FEB 29 2000