# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

In the matter of:       *

                               *    Case No. **97-08372 (GAC)**

**JAIME CRUZ AGOSTO**
    Debtor

                               *    **CHAPTER 7**

**********************************

## APPLICATION FOR LEAVE TO RETAIN ATTORNEY

     **COMES NOW** the debtor by his counsel and very respectfully **states** and **prays** as follows:

     1.    It will be necessary for applicant to employ and retain **Manuel U. Rivera Jiménez**, an attorney, to prosecute his civil action for damages against **Fernando Román** in the Commonwealth Courts. (According to debtor, **Mr. Román** is liable for the lost of his laundry business.)

     2.    Applicant wishes to retain **Manuel U. Rivera Jiménez** a duly licensed attorney at law experienced in such matters, whose address is 0-13 Delgado Dev., Caguas, P.R. 00725 (Phone 743-1474) to represent him.

cc: debtor
H. Lozada
UST
W. Lugo
M. Rivera

E.O.D. APR 03 2000

APR 03 2000
VIVIANNE CALDERON
DEPUTY CLERK

APR 04 2000

*[Handwritten order]:* OA — Granted, unless trustee or any party object in thirty (30) days.

Gerardo A. Carlo
U.S. Bankruptcy Judge

3. The compensation of said attorney will be 33% of the gain obtained, if any.

**WHEREFORE**, applicant prays that the Court enter an order authorizing the employment of **Mr. Manuel U. Rivera** as his attorney in his action against **Fernando Román**.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that on this same date a copy of this motion has been mailed to the **U.S. Trustee Office**, to **Mr. John A. Zerbe**, Trustee, 165 De Diego Ave., San Francisco, Río Piedras, Puerto Rico 00927, and to all creditors.

In San Juan, Puerto Rico, this 16th day of February 2000.

*[signature]*

**HIRAM LOZADA, ESQ.**
**USDC PR 123907**
Teachers Association Building
Suite 404
Hato Rey, Puerto Rico 00918
Phone 758-7267 * Fax 763-8451