IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

**JAIME CRUZ AGOSTO**

Case No. 97-08372 (GAC)
Chapter 7

Debtor.

_____/

**UNITED STATES TRUSTEE'S OBJECTION TO
DEBTOR'S APPLICATION TO RETAIN ATTORNEY**

**TO THE HONORABLE COURT:**

**COMES NOW**, C. David Butler, the United States Trustee ("U. S. Trustee") for Region 21 and objects to the debtor's Application for Leave to Retain Attorney.

In support of this objection, the U. S. Trustee respectfully represents and alleges as follows:

1. That pursuant to 11 U.S.C. §327(e), the trustee must submit the application to employ special counsel for the estate of the debtor.

2. The application of the debtor to retain special counsel does not comply with Bankruptcy Rule 2014(a).

WHEREFORE, the United States Trustee respectfully prays that this Court deny debtor's Application for Leave to Retain Attorney.

I hereby certify that on this same date a copy of this Objection has been mailed to counsel for debtor, Hiram Lozada, Esquire, Teachers Association Building, Suite 400, Hato Rey, Puerto Rico,

cc: debtor
H. Lozada
UST
W. Lugo
Zerbe

**ORDER**
Granted. *Application to retain counsel is denied*
Date: MAR 12 2000

GERARDO A. CARLO
U.S. Bankruptcy Judge

00918, and Mr. John A. Zerbe, Trustee, 165 DeDiego Avenue, San Francisco Rio. Piedras, Puerto Rico, 00927.

**RESPECTFULLY SUBMITTED**, this 29th day of February, 2000.

C. DAVID BUTLER
U. S. TRUSTEE FOR REGION 21

NANCY PUJALS
Assistant U. S. Trustee
Office of the U. S. Trustee
Federal Building, Room 638
140 Chardon Street
San Juan, Puerto Rico 00918
Telephone: (787) 766-5851
Facsimile: (787) 766-6250

BY: _____
COLUMBUS GILMORE
Senior Attorney-Advisor