IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

CRUZ AGOSTO, JAIME

RECEIVED AND FILED
2000 MAR -6 PH 2:26

CASE NUMBER: 97-08373 GAC
JUDGE: GERALDO A. CARLO

DEBTOR(S)                                              (CHAPTER 7)

### TRUSTEE'S REPORT AFTER MEETING OF CREDITORS

Trustee certifies after notice and hearing that the debtor(s) was present and testified under oath at the Meeting of Creditors held on 8/25/1999. All proper schedules and statements have been filed unless otherwise noted. No adverse interest having been presented, the Trustee recommends the following:

__X__ No Claims docket is necessary at this time.
____ Claims docket necessary.
__X__ Exemptions as claimed in Schedule C allowed.
____ Trustee objects to Exemptions & requests hearing.
____ Trustee shall sell all non-exempt property.
__X__ The following property is abandoned by Trustee as burdensome.
  __X__ Property listed in Schedule C.

_____

**Debtor to amend within _____ days the following:**
____ A-1,  ____ A-2,  ____ A-3,  ____ B-1,  ____ B-2,  ____ B-3,  ____ B-4
____ § 521 Statement of Intent and provided notice pursuant to Bankruptcy Rules.

**Debtor to turn over to Trustee within _____ days:**
_____
_____
_____

**Trustee further requests that:**
__X__ Case be closed as no-asset as of the date of §341(a) meeting.
____ Case be held open for potential asset recovery.
____ Case be **RESET** the §341(a) Meeting
    ____ On the ____ day of _____, 19____ at _____.,
    ____ On new notice to be issued by the Counsel for the Debtor(s) for the reason that:
        ____ Debtor(s) failed to appear.
        ____ Attorney for Debtor(s) failed to appear.
        ____ Further testimony or material is needed.
    _____
    ____ Trustee recommends summary dismissal pursuant to BLR 1017 for the following reasons(s):
    ____ Failure to provide complete: ____ Schedules, ____ Statement of Affairs, ____ Mailing Lists,
    ____ Description of estate assets.
    ____ Failure of _____ Debtor(s) _____ Counsel to appear at:
        _____ initial _____ subsequent creditor meetings.

Dated: 3/3/00 ~~8/25/1999~~                                           John Zerbe, Trustee