4/6

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:          :   CASE NO. 97-08373 GAC

CRUZ AGOSTO, JAIME       :

                       :

                       :   Chapter 7

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              :

    Debtor(s)           :

                       :

### NOTICE

You are hereby notified that the Trustee appointed in this case has filed a Report of No Distribution.

You must file any objections you may have to said report in writing, within thirty (30) days from notice of this Notice, and notify the objection to the U. S. Trustee, the Trustee and the Debtor(s).

Pursuant to Rule 5009 of the Federal Rules of Bankruptcy Procedure, if no timely objection is filed by any party in interest, the Court may enter an order discharging the Trustee, canceling his bond and closing the case pursuant to 11 U.S.C. Section 350(a).

San Juan, Puerto Rico, this 9th day of March, 2000.


                          CELESTINO MATTA-MENDEZ, CLERK
                          UNITED STATES BANKRUPTCY COURT


                          By: Doris J. Rios
                            Deputy Clerk

cc:   all creditors
     f/up

94